```
 1  PATRICK L. FORTE
    Attorney at Law
 2  State Bar #80050
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4

 5  Attorney for Debtor

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10  In Re:                          Chapter 13
                                    No: 06-41945 RN13
11  THOMAS LEE ROBINSON, JR.
                                    **MOTION TO MODIFY CHAPTER 13**
12              Debtor.             **PLAN; NOTICE TO CREDITORS OF**
    _____/ **DEADLINE TO REQUEST A HEARING**
13

14       The above named debtor requests that his Chapter 13 Plan be modified
15  as follows:
16       Debtor shall surrender the 2003 Mitsubishi Montero to AmeriCredit
17  Financial Services.  Commencing April, 2007, debtor's plan payment shall
18  be $100.00 per month.  Unsecured, nonpriority creditors shall be paid on
19  a pro tanto basis.  Any plan arrearages shall be forgiven.
20       The modification is sought on the following grounds:
21       Debtor is no longer being offered overtime and his net monthly
22  income has been reduced.
23       NOTICE IS HEREBY GIVEN:
24       (i)  That Local Rule 9014-1 of the United States Bankruptcy Court
25  for the Northern District of California prescribes the procedures to be
26  followed and that any objection to the requested relief, or a request for
```

1 hearing on the matter must be filed and served upon the undersigned
2 within twenty (20) days of mailing of this notice;
3    (ii) That a request for hearing or objection must be accompanied by
4 any declarations or memoranda of law the party objecting or requesting
5 wishes to present in support of its position;
6   (iii) That if there is not a timely objection to the requested relief
7 or a request for hearing, the Court may enter an order granting the
8 relief by default; and
9   (iv) That the undersigned will give at least ten (10) days written
10 notice of hearing to the objecting or requesting party, and to any
11 trustee or committee appointed in the case, in the event an objection or
12 request for hearing is timely made.
13    Dated: March 29, 2007.

15    /s/ Patrick L. Forte
   Patrick L. Forte
16    Attorney for Debtor